UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re BLACK FARMERS )
DISCRIMINATION LITIGATION ) Misc. No. 08-0511 (PLF)
)
)

## ORDER

The Order of Reference ("Order") entered in this case on February 6, 2012 [Dkt. No. 266], set forth the procedure for submission and approval of budgets and payment of expenses for the Office of the Ombudsman and its contractors. See Order at ¶ ¶ 7, 12. The Ombudsman's office has submitted to the Court the invoice for its contractor, EPIQ Class Action and Claims Solutions, Inc. ("EPIQ") covering the period of February 1, 2018 through June 30, 2023. The Ombudsman's office has also provided copies of EPIQ's invoice to counsel for both parties. The time during which objections to the invoice could have been filed has now passed and no objections have been filed. Accordingly, it is hereby

ORDERED that EPIQ's invoice for the period of February 1, 2018 through June 30, 2023 in the amount of $19,255.62 is approved; and it is

FURTHER ORDERED that in accordance with paragraph 12 of the Order of Reference, the Clerk of the Court, United States District Court for the District of Columbia, shall pay $19,255.62 to EPIQ Class Action and Claims Solutions, Inc. within fifteen (15) days of the date of the entry of this Order.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 1/12/26

2